BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>                                           )<br>                    Plaintiff,             )<br>                                           )<br>v.                                         )<br>                                           )<br>JOSE LUIS ESPARZA, et al.,                 )<br>                                           )<br>                    Defendants.            )<br>                                           )<br>                                           ) | CASE NO. 1:11-CR-00304 LJO<br><br>MOTION AND<br>ORDER TO VACATE ORDER SETTING<br>DUE DATE FOR GOVERNMENT'S<br>RESPONSE TO DEFENDANT'S MOTIONS<br>FOR BRADY MATERIAL AND<br>DISCOVERY |

   Benjamin B. Wagner, United States Attorney by and through Kimberly A. Sanchez, Assistant U.S. Attorney file this motion to vacate the order setting the due date for the government's response to the defendant's Motion for Release of Brady Materials and Motion for Discovery and Inspection.

   On or about November 21, 2011, the Court set a motion schedule requiring the defendant to file motions on or before February 27, 2012, the government to file its response on or before March 19, 2012, and setting a hearing on the motions and trial confirmation for April 2, 2012. On February 27, 2012, defendant Esparza filed the

1  above-listed motions.  Since that time, the parties have engaged in
2  plea negotiations, and believe that the matter will settle without
3  the need for the case to proceed to trial.  As such, the government
4  requests that the order setting March 19, 2012 as the due date for
5  the government's response to motions be vacated.  Defendant Esparza's
6  counsel has no objection to this motion.  Should the matter fail to
7  resolve, the parties will confer and request a new date for the
8  government's response at the hearing on April 2, 2012.  The
9  government has not contacted counsel for codefendant Galvan Cortes,
10 as the parties have reached a plea agreement which is on file.  The
11 government has attempted to contact counsel for codefendant Hector
12 Mariscal.  Since Wednesday, March 14, 2012, the government made
13 attempts to contact counsel by leaving 2 voice messages on the voice
14 mail at the number listed for counsel on the docket for this case, by
15 sending 2 e-mails to the address listed on the docket sheet, by
16 joining the professional networking web site for which undersigned
17 counsel received invitations from Mariscal's counsel and sending a
18 message via the web site, and by sending a letter today via overnight
19 certified mail.  Mariscal's counsel has not responded to any of the
20 government's attempts to contact him.  Even though the government has
21 not obtained defendant Mariscal's counsel's consent to this request,
22 he did not join in defendant Esparza's Motions.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
 1       Therefore, the government requests that the Court grant this
 2  motion.
 3
 4  Dated: March 19, 2012                Respectfully submitted,
                                         BENJAMIN B. WAGNER
 5                                       United States Attorney

 6
                                     By    /s/ Kimberly A. Sanchez
 7                                         KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney
 8
         Good cause exists for the requested remedy.
 9
    IT IS SO ORDERED.
10
    **Dated:   March 20, 2012**              **/s/ Lawrence J. O'Neill**
11                                         UNITED STATES DISTRICT JUDGE
```

3