BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00304 LJO |
|---|---|
| Plaintiff, | STIPULATION REFERRING MOTION FOR COUNSEL FOR SENTENCE REDUCTION TO FEDERAL DEFENDER'S OFFICE AND PROBATION OFFICE AND ORDER THEREON |
| v. | |
| HECTOR MARISCAL, | |
| Defendant. | |

    The Court is in receipt of a motion to refer this matter to the Federal Defender's Office to determine if the defendant is eligible to reduce his criminal sentence pursuant to Title 18, United States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office and the Office of the Federal Defender and Assistant Federal Defender David M. Porter, pursuant to General Order No. 546. The Federal Defender's Office shall have 30 days from the date the Court approves the stipulation/order to conduct an initial review of the case to determine the status of representation of the defendant.

    1.    If Federal Defender's Office determines that the defendant is eligible for representation and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a notice of appearance in the case.  If the Federal Defender's Office determines that the defendant is eligible for representation but has been referred to panel counsel due to a conflict of interest, a copy of this order shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a notice of appearance in the case.

2. If either the Federal Defender or panel counsel determine that the defendant is not eligible for a reduction in sentence, they shall file a notice stating that the appointment of counsel is not being recommended.

Dated: March 25, 2015                           BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ *Kathleen A. Servatius*
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney


Dated: March 25, 2015                           HEATHER E. WILLIAMS
                                                Federal Defender


                                                /s/ *David M. Porter*
                                                DAVID M. PORTER
                                                Assistant Federal Defender
                                                Attorney for Defendant

**SO ORDERED**
**Dated: March 26, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**