UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR MARISCAL,<br><br>　　　　　　　　Defendants. | No. 1:11-CR-00304 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the Government's opposition to the defendant's Motion to Vacate, Set Aside, or Correct Sentence is extended from April 28, 2017 until May 12, 2017.

Dated: April 28, 2017

　　　　　　　　　　　　　　　　　　____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　HONORABLE LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　Chief U.S. District Court Judge

1